**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |  |
|---|---|---|---|
| | | * | |
| Mark Shasti | | * | |
| | Plaintiff(s) | * | |
| | | * | |
| vs. | | * | Civil Case No.: 1:26−cv−01363−CJC |
| | | * | |
| Michael Rosner | | * | |
| | Defendant(s) | * | |

---

### SHOW CAUSE ORDER

Pursuant to Standing Order 2018−04, this case was assigned to a United States Magistrate Judge for all proceedings and each party was notified to file a consent or declination within fourteen (14) days after service and entry of appearance. Mark Shasti has not filed a consent or declination and more than fourteen (14) days have passed since notice was issued. Thereby, it is hereby

ORDERED that Mark Shasti is to appear before the designated Chambers Judge on 5/29/2026 at 2:00 p.m. to show cause, if any, why Mark Shasti did not file a consent or declination. Mark Shasti should proceed to the Clerk's Office to determine the location of the hearing on the scheduled date; and it is further

ORDERED that this Order shall be vacated if Mark Shasti files a consent or declination prior to the show cause hearing date.

Date: <u>April 23, 2026</u>                    _____/s/_____
                                        Chelsea J. Crawford
                                        United States Magistrate Judge