**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

July 9, 2026

Re:   *Mark Shasti v. Michael Rosner*
      Civil Action No. ELH-26-1363

Dear Counsel:

On April 7, 2026, plaintiff Mark Shasti, M.D. filed suit against Michael Rosner.  ECF 1. In general, the dispute concerns an alleged defamatory statement by Rosner that has affected plaintiff's surgical practice.  *See id.* ¶¶ 1, 2.[1]

Fed. R. Civ. P. 4(m) requires a plaintiff to serve a defendant "within 90 days after the complaint is filed . . . ."  If any defendant is not served within that time, "the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time." *Id.*

Pursuant to Fed. R. Civ. P. 4(m), plaintiff was required to serve defendant by **July 7, 2026**. However, the Docket does not reflect that defendant Rosner has been served.

Local Rule 103.8(a) provides that "the Court may enter an order asking the party to show cause why the claim should not be dismissed" if a plaintiff "has not effected service of process within ninety (90) days" of filing the suit.  The Local Rule also states that "the claim shall be dismissed without prejudice" if the plaintiff fails to show cause "within fourteen (14) days of the entry of the order or such other time as may be set by the Court."  Local Rule 103.8(a).

Accordingly, by **July 27, 2026,** plaintiff is directed to effect service of process on the defendant or, alternatively, to show cause by that date as to why the claim against defendant should not be dismissed, without prejudice, for failure to effect service of process.

Despite the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

Very truly yours,

_____/s/_____
Ellen Lipton Hollander
United States District Judge

---

[1] Jurisdiction is predicated on diversity of citizenship. *See* ECF 1, ¶ 5; 28 U.S.C. § 1332.