# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Maryland

**Mark Shasti**

      Plaintiff(s),

VS.

**Michael Rosner**

      Defendant(s).

Attorney: Jason W. Fernandez

Greenberg & Bederman LLC
1111 Bonifant St.
Silver Spring MD 20910



\*358052\*

**Case Number: 1:26-cv-01363**

Legal documents received on **06/17/2026** at **3:46 PM** to be served upon **Michael Rosner at 5505 Roosevelt St., Bethesda, MD 20817**

I, **Tyler Sabater**, swear and affirm that on **June 25, 2026** at **4:21 PM**, I did the following:

**Personally** Served **Michael Rosner** the person listed as the intended recipient of the legal document with this **Summons in a Civil Action; First Amended Complaint; Civil Cover Sheet at 5505 Roosevelt St., Bethesda, MD 20817**.

**Description of Person Accepting Service:**
Sex: Male Age: 45-55 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: Caucasian Hair Color: Brown & Gray

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Date: 07/01/26

**Tyler Sabater**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job
ID:358052

