**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

Dr. Mark Shasti

**Plaintiff,**

v.

Dr. Michael Rosner

**Defendant.**

\*

\*

\*

\*

\*

Case No.   1:26 CV 01363

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the   Defendant, Dr. Michael Rosner.

I certify that I am admitted to practice in this Court.

July 13, 2026

Date

Signature

Daniel J. Healy, 16314

Printed name and bar number

1900 N Street, NW, 4th Fl.

Address

dhealy@brownrudnick.com

Email address

202.536.1780

Telephone number

202.536.1701

Fax number

EntryofAppearanceCivil (08/2015)