## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| | ) | |
| **MARK SHASTI,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **v.** | ) | Case No.: 1-26-cv-01363 |
| | ) | |
| **MICHAEL ROSNER,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. Proc. 12(b)(6), Defendant Michael Rosner hereby moves for an order that the First Amended Complaint be dismissed in its entirety and that the Plaintiff not be permitted leave to amend.  In support of this motion, and as further detailed in the Memorandum of Law in Support of Defendant's Motion to Dismiss (filed herewith), Plaintiff has failed to state a plausible claim upon which relief may be granted.

The First Amended Complaint fails on multiple grounds.  First, the allegedly defamatory statement is subject to an absolute privilege.  Second, Plaintiff has failed to plausibly allege that the Defendant published the statement at issue.  In addition, Plaintiff has failed to plausibly allege a causal connection between the allegedly defamatory statement and the various damages he purports to have suffered.

WHEREFORE, the First Amended Complaint should be dismissed in its entirety with prejudice.

1

## <u>REQUEST FOR HEARING</u>

Pursuant to Local Rule 105.6, Defendant respectfully requests a hearing on this motion. The allegations in Plaintiff's Complaint have no basis in fact or law, and Defendant believes that oral argument would assist this Court in disposing of this matter in its entirety.

Respectfully submitted,

**MICHAEL ROSNER**

By his attorneys,

_/s/ Daniel J. Healy_____
Daniel J. Healy (MD Bar 16314)
Stephen A. Best (admitted *pro hac vice*)
Brown Rudnick LLP
1900 N Street NW 4th Floor
Washington, D.C. 20036
Telephone: (202) 536-1700
Facsimile: (202) 536-1701
E-mail: dhealy@brownrudnick.com
E-mail: sbest@brownrudnick.com

## <u>CERTIFICATE OF SERVICE</u>

I, Daniel J. Healy, hereby certify that on this 15th day of July, 2026, I electronically filed the foregoing document using the CM/ECF system, which will send a notification to all counsel of record.

*/s/ Daniel J. Healy*_____
Daniel J. Healy

3