Case 1:26-cv-01363-ELH Document 31 Filed 08/26/26 Page 1 of 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| **MARK SHASTI,**<br><br>*Plaintiff,*<br><br>v.<br><br>**MICHAEL ROSNER,**<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:26-cv-01363-ELH |

**ORDER**

Upon consideration of Defendant's Motion to Dismiss (ECF 16), Plaintiff's Amended Complaint (ECF 26) and its corrected comparison copy (ECF 30), Plaintiff's Status Report (ECF 25), and Plaintiff's Memorandum in Opposition (ECF 27), and the entire record herein, it is this 27th day of Aug., 2026, hereby

**ORDERED** that Plaintiff's request for leave under Fed. R. Civ. P. 15(a)(2) is **GRANTED,** and Plaintiff's Amended Complaint (ECF 26) is accepted as timely filed and is the operative pleading in this action; and it is further

**ORDERED** that Plaintiff's request for leave under Fed. R. Civ. P. 6(b)(1)(B) to file his Memorandum in Opposition (ECF 27) out of time is **GRANTED**, and ECF 27 is accepted as filed; and it is further

**ORDERED** that Defendant's Motion to Dismiss (ECF 16) is **DENIED as moot**, because it is directed to the Complaint, which has been superseded. See, e.g., Goodman v. Diggs, 986 F.3d 493, 498 (4th Cir. 2021). Provided, however, that by 9/10/26, defendant may move to rescind this Order as improvidently granted.

Ellen L. Hollander ELH

The Honorable Ellen Lipton Hollander
United States District Judge